UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SWINTER GROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CV-01712-AGF |
| THRIVE CONSTRUCTION, LLC, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the Memorandum filed by Defendants (ECF No. 5), attaching Amended Exhibit B, which in turn reflects the dismissal without prejudice of the case in state court prior to the filing of the Notice of Removal in this Court.

In light of the parties' joint request that the Amended Exhibit B be treated as a notice of dismissal under Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the case is **DISMISSED without prejudice**.

Dated this 15th day of October, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE